IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT Kodiak

Bushell, et al
    Plaintiff(s),
vs.
Kana, et al
    Defendant(s).

CASE NO. 3KO-13-367 CI

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: Cheryl Christofferson

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): 204 Mission Rd Kodiak, AK 99615 within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:
    Plaintiff's attorney or plaintiff (if unrepresented): Elizabeth Fleming
    Address: 305 Center Ave Ste #5
    Kodiak AK 99615

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge Steve W. Cole

(SEAL)

9/24/13
Date

CLERK OF COURT
By: Linda Zimmer
Deputy Clerk

*The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (2/06)(st.3)          Civil Rules 4, 5, 12, 42(c), 55
SUMMONS