Elizabeth W. Fleming, Attorney
305 Center Ave. Suite 5
Kodiak, Alaska  99615
907 512 0790
ewfleming@lawonkodiak.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALAKSA

| | |
|---|---|
| ANGELA BUSHELL,<br>IAN BUSHELL,<br>individually and as guardians in fact and next friend of five minor children to wit:<br>SoB, b 7/11/00<br>EB, b 6/19/07<br>SeB, b 9/21/05<br>CB, 3/20/09<br>and SCN, b 3/14/02<br><br>       Plaintiffs,<br>vs.<br><br>the<br>KODIAK AREA NATIVE ASSOCIATION (KANA),<br>RACHELLE JOY,<br>MARIE GREEN,<br>JOANNA MCFARLIN,<br>CASSY HICKEY,<br>ANA STEVENS,<br>TAMMY HANSEN,<br>ANDY TEUBER,<br>MILTON BOHAC,<br>LORETTA NELSON,<br>ALFRED B. CRATTY,<br>ARNOLD KEWAN,<br>CHERYL CHRISTOFFERSON,<br>PHYLLIS AMODO,<br>JILL BOSKOFSKY<br>ALEX PANAMAROFF, JR.<br>MARGARET ROBERTS<br>SPERIDON M. SIMEONOFF, SR.<br><br>       Defendants. | CASE NO 3:13-cv-00192-JWS |

# MOTION FOR ORDER OF DISMISSAL

COMES NOW Plaintiffs, by and through counsel of record, who move this Honorable Court for an Order of Dismissal of this action, without prejudice.

Costs and fees to be borne by each party.

                          Respectfully submitted,

                          /s/ Elizabeth W. Fleming

                          ELIZABETH W. FLEMING
                          Alaska Bar no. 0911052
                          305 Center Ave. Number 5
                          Kodiak, Alaska 99615
                          907 512 0790
                          907 512 0799 fax
                          ewfleming@lawonkodiak.com
                          www.lawonkodiak.com

                          Counsel for Plaintiffs

Certificate of Service

I hereby certify that on October 29, 2013,
a copy of the foregoing document was served
by ECF on

Richard D. Monkman
Susan Lindquist

/s/ Elizabeth W. Fleming
_____
Elizabeth W. Fleming