KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANGELA BUSHELL and IAN BUSHELL, individually and as guardians of five minor children: So.B, b 7/11/00; EB, b 6/19/07; SeB, b 9/21/05; CB, 3/20/09, and SCN b 3/14/02.<br><br>   Plaintiffs,<br><br>v.<br><br>KODIAK AREA NATIVE ASSOCIATION (KANA), et al.,<br><br>   Defendants. | **Case No. 3:13-cv-00192 JWS**<br><br>**UNITED STATES' NON-OPPOSITION TO MOTION TO DISMISS** |

  The United States, on behalf of Defendant, Kodiak Area Native

Association (KANA), notifies the court that KANA is deemed to be part of the

Indian Health Service and this action is deemed to be one against the United States in KANA's stead.   Pub. L. 101-512, Title III, § 314, Nov. 5, 1990, 104 Stat. 1959, as amended Pub. L. 103-138, Title III, § 308, Nov. 11, 1993, 107 Stat. 1416.   Although the government has not yet formally substituted itself in as the defendant for KANA and all employees acting within the scope of their employment, the government participated in this case.   Now it does not oppose the Plaintiffs' motion to dismiss the case without prejudice.

RESPECTFULLY SUBMITTED October 31, 2013, at Anchorage, Alaska.

KAREN L. LOEFFLER

United States Attorney
s/Susan J. Lindquist
Assistant U.S. Attorney
Attorney for United States

**CERTIFICATE OF SERVICE**
I hereby certify that on October 31, 2013,
a copy of the foregoing was served by
e-mail on:

Elizabeth W. Fleming
Dick Monkman

s/Susan J. Lindquist

*Bushell v. United States, et al.*           2
Case No. 3:13-cv-00192 JWS