**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*ANGELA BUSHELL, et al.*     v.     *KODIAK AREA NATIVE ASSOCIATION (KANA), et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 3:13-cv-00192 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**     Date: November 5, 2013

    The motion to dismiss without prejudice at docket 8 having been non-opposed by the United States (which is the proper defendant) at docket 9 is GRANTED. The motion to dismiss at docket 7 is DENIED as moot.